IN THE CIRCUIT COURT OF GRENADA COUNTY
STATE OF MISSISSIPPI

**CHARLES DUNN**  USDC No. 4:23CV129-MPM-DAS  **PLAINTIFF**

VS.  CAUSE NO.: 23-CV-238-LA

**JEREMY FARRIS and
NATIONS ROOF, LLC**  **DEFENDANT**

## COMPLAINT
### Jury Trial Requested

COME NOW the Plaintiff, CHARLES DUNN, by and through counsel in the above styled and numbered cause and files this their Complaint against the Defendants, JEREMY FARRIS and NATIONS ROOF, LLC, and for cause of action would show unto the court the following facts, to-wit:

1.

That the Plaintiff, Charles Dunn, is an adult resident citizen of Grenada County, Mississippi who resides at 1044 County Road 97, Grenada, MS 38901.

2.

That the Defendant, Jeremy Farris, is an adult resident citizen of Bibb County, Alabama who resides at 50 1st Street, Centreville, AL 35042.

3.

That the Defendant, Nations Roof, LLC, is a Delaware Limited Liability Company in good standing doing business in Mississippi who may be served through their registered agent, Corporation Service Company, at 109 Executive Drive, Suite 3, Madison, MS 39110.

FILED
GRENADA COUNTY
JUN 14 2023
MICHELE REDDITT GARCIA, CIRCUIT CLERK
BY: _____ D.C.

## JURISDICTION AND VENUE

4.

This Court has subject matter jurisdiction of this cause pursuant to the provisions of Miss. Code Ann. § 9-7-81, in that the subject matter of this litigation is not made exclusively cognizable in some other Court by the Constitution and Laws of this State, and the principal amount in controversy exceeds the minimum jurisdictional amount for Circuit Courts in the State of Mississippi.

5.

This Court has venue of this action under the provisions of Miss. Code Ann. § 11-11-3 (1)(a)(i), in that the accident occurred in Grenada County, Mississippi.

## UNDERLYING FACTS AND NEGLIGENCE

6.

That on or about April 27, 2023, the Plaintiff, Charles Dunn, was seriously injured when the vehicle driven by Defendant, Jeremy Farris, and owned by Defendant, Nations Roof, LLC, struck their vehicle.

7.

That the incident from which this suit arises occurred at approximately 2:03 p.m. on or about April 27, 2023 in Grenada County, Mississippi. The Plaintiff, Charles Dunn, was traveling south on US Highway 51. The Defendant, Jeremy Farris, was driving a vehicle owned by Nations Roof, LLC, while pulling out of a Sprint Mart gas station and attempting to head north on US Highway 51. Suddenly, and without conceding the right-of-way to Plaintiffs' vehicle, Defendant attempted said left-hand turn across traffic onto US Highway 51, causing Plaintiff to collide with the driver's side of his vehicle and thereby causing the accident.

8.

That the Defendant, Jeremy Farris, was inattentive and negligent in operating his motor vehicle. That as a direct and proximate result of the acts by the Defendant, the Plaintiff, Charles Dunn, suffered serious and painful bodily injuries.

9.

That the Defendant, Jeremy Farris, was negligent and proximately caused or contributed to the aforesaid collision and resulting injuries to the Plaintiff in the following respects, among others, to wit:

- (a) In negligently failing to use that degree of care and caution in the operation of a vehicle as was required of a reasonable, prudent person;
- (b) In negligently failing to keep their vehicle under proper control;
- (c) In negligently failing to keep a proper lookout on the roadway;
- (d) Failing to devote full attention to the operation of a motor vehicle and the particular hazards related to said operation;
- (e) Failing to yield the right-of-way;
- (f) Causing the collision; and
- (g) Other acts of negligence to be proven at trial.

10.

That the Defendant, Jeremy Farris, was the employee and/or agent of Nations Roof, LLC, and was acting within the course and scope of his employment. All acts of negligence of the Defendant, Jeremy Farris, are imputed to the Defendant, Nations Roof, LLC, rendering said Defendant liable and responsible for the same.

## DAMAGES

11.

As a direct and proximate result of the negligence of the Defendants, as aforesaid, the Plaintiffs, Charles Dunn, was caused to incur and sustain the following damages for bodily injuries:

   a. Medical expenses;
   b. Serious and painful bodily injuries;
   c. Past, present, and future physical pain and suffering; and
   d. Permanent Impairment.

WHEREFORE, premises considered, the Plaintiff, CHARLES DUNN, demands judgment against the Defendants, JEREMY FARRIS and NATIONS ROOF, LLC, for actual and compensatory damages in an amount that truth and justice demands, together with all costs of this action incurred herein.

Plaintiff respectfully requests a trial by jury.

Respectfully submitted,

CHARLES DUNN, Plaintiff

BY: _____
THOMAS A. WOMBLE, SR., MSB #7354
THOMAS WOMBLE, JR., MSB #106428
Attorneys for Plaintiffs

OF COUNSEL:

BAILEY, WOMBLE & YELTON
P.O. Drawer 1615
Batesville, MS 38606
(662) 563-4508 Telephone
(662) 563-5746 Facsimile
Tom@BaileyWomble.com
Thomas@BaileyWomble.com

FILED
GRENADA COUNTY

JUN 14 2023

MICHELE REDDITT GARCIA, CIRCUIT CLERK
BY: _____ D.C.