IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**CHARLES DUNN**                                                                                      **PLAINTIFFS**

**V.**                                                      **CIVIL ACTION NO. 4:23-CV-129-MPM-DAS**

**JEREMY FARRIS AND NATIONS ROOF, LLC**                    **DEFENDANTS**

## CORRECTED ORDER AMENDING CMO

On the defendants' unopposed motion, the case management deadlines are extended. as follows

**IT IS ORDERED** as follows:

1. The defendants shall designate experts not later than June 3, 2024.

1. All discovery shall be completed not later than July 1, 2024.

2. All motions, including *Daubert* motions, shall be filed not later than July 15, 2024.[1]

**SO ORDERED** this the 22nd day of April, 2024.

                                                      /s/ David A. Sanders
                                                      **UNITED STATES MAGISTRATE JUDGE**

---

[1] General motions in limine shall be filed not later than 21 days before the final pretrial conference. Response to these motions are due 14 days before the final pretrial conference.