IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI,
GREENVILLE DIVISION

CHARLES DUNN                                                                PLAINTIFF

VS.                                               CAUSE NO. 4:23cv129-MPM-DAS

JEREMY FARRIS and
NATIONS ROOF, LLC                                       DEFENDANTS

## AGREED JUDGMENT OF DISMISSAL WITH PREJUDICE

THIS matter is before the Court on the joint motion *ore tenus* of the parties for a dismissal with prejudice of this cause of action. The Court, having been advised that the parties have reached an agreement to settle each and every claim in this matter, affording the Plaintiff full accord and satisfaction of his claims, hereby finds that the parties' motion is well taken and should be granted.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that this cause of action is hereby dismissed with prejudice, with each party to bear their own costs.

SO ORDERED, this the 17th day of June, 2024.

                                                                        UNITED STATES DISTRICT COURT JUDGE

**AGREED TO BY:**

/s/ Thomas A. Womble
Thomas A. Womble, Sr. (MSB No. 7354)
*Attorney for Plaintiff*

/s/ Jeremy T. Hutto
Jeremy T. Hutto (MSB No. 101740)
*Attorney for Defendants*

1